**Opinion issued August 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00353-CR

———————————

**JOSE GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Case No. 2392807**

---

## MEMORANDUM OPINION

This appeal was abated for further proceedings in the trial court. Appellant

Jose Gonzales subsequently filed a motion to dismiss this appeal. The motion to

dismiss complies with Rule of Appellate Procedure 42.2(a), and no prior decision

has issued in this appeal. *See* TEX. R. APP. P. 42.2(a)–(b). Accordingly, we reinstate

the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Guerra, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).